HENRIETTA ZAHN, Respondent, *v.* CITY OF NEW YORK, Defendant, and ANNA WILDENBERGER, Appellant.

Argued February 28, 1949; decided April 14, 1949.

*Harry H. Brown* for appellant.

*Theodore I. Welenken* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.